## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 605 EAL 2014
                                 :

                Petitioner        :

                                 : Petition for Allowance of Appeal from the
                                 : Order of the Superior Court

               v.                  :

                                 :

                                 :

WILLIAM CHILDS,                  :

                                 :

              Respondent     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of May, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue is:

      Did Superior Court err by overturning a murder conviction on the ground that — contrary to the plain terms of the Statutory Construction Act — the trial judge should not have applied the law in effect at the time of the homicide?